UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARTURO DANIEL RAMOS,

                Plaintiff,

-against-

MOZ RESTAURANT INC. ET AL,

                Defendants.

24-CV-06874 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is aware that a mediation was held on March 25, 2025 and an agreement was reached on all issues. The Clerk of the Court shall mark this action closed, subject to reopening by letter within 30 days if the settlement is not effected, and all pending motions denied as moot.

**SO ORDERED.**

Dated:    New York, New York
           April 9, 2025

_____
LORETTA A. PRESKA
Senior United States District Judge